# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Raito, Inc. )   ASBCA Nos. 59034, 59035
)                   59326, 59327
)
Under Contract No. W91238-10-C-0030 )

APPEARANCE FOR THE APPELLANT:     B. Scott Douglass, Esq.
                                   Douglass Law Group
                                   Mill Valley, CA

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                   Robert W. Scharf, Esq.
                                   Timothy A. Holliday, Esq.
                                   Alarice R. Hansberry, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineers District,
                                    Sacramento

## ORDER OF DISMISSAL

During an alternative dispute resolution mediation convened by the Board, the parties resolved their dispute and entered into an agreement settling theses appeals. The agreement provides for dismissal of theses appeals with prejudice. Accordingly, the appeals are hereby dismissed with prejudice.

Dated: 21 July 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59034, 59035, 59326, 59327 Appeals of Raito, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2